UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07Civ. 11247

JULIA BASILE,

                                  Plaintiff,

v.

WALTER SPAGNOLA, individually, DONNY ESCHRICH, individually, KEVIN DELOWE, individually, RICHARD IUELE, individually, RAMESH MEHTA, individually, and NEW YORK STATE THRUWAY AUTHORITY,

                                  Defendant.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 12/18/07 at 1:00 p.m.   deponent did serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: WALTER SPAGNOLA

At Location: Thruway Authority, Route 9, Tarrytown, New York

    By delivering to and leaving with Fabio and that deponent knew the person so served to be Fabio and authorized to accept service.

On December 18, 2007, deponent completed service by depositing a copy of the summons, complaint and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

        A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| | | |
|---|---|---|
| Sex M | Age 30-40 | Weight 180 |
| Color of Skin WHITE | Height 5'10" | Color of Hair Black |
| Other Features | | |

                                                                                         _Robert Fouvy_
                                                                                        Robert Fouvy

Sworn to before me this
19th day of December, 2007

_Notary signature_
Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20__

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07Civ. 11247

JULIA BASILE,

                            Plaintiff,

v.

WALTER SPAGNOLA, individually, DONNY ESCHRICH, individually, KEVIN DELOWE, individually, RICHARD IUELE, individually, RAMESH MEHTA, individually, and NEW YORK STATE THRUWAY AUTHORITY,

                            Defendant.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 12/18/07 at 1:00 p.m.    deponent did serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: DONNY ESCHRICH

At Location: Thruway Authority, Route 9, Tarrytown, New York

    By delivering to and leaving with Fabio and that deponent knew the person so served to be Fabio and authorized to accept service.

On December 18, 2007, deponent completed service by depositing a copy of the summons, complaint and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| | | |
|---|---|---|
| Sex M | Age 30-40 | Weight 180 |
| Color of Skin WHITE | Height 5'10" | Color of Hair Black |
| Other Features | | |

Robert Fouvy

Sworn to before me this
19th day of December, 2007

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20__

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07Civ. 11247

JULIA BASILE,

                              Plaintiff,

v.

WALTER SPAGNOLA, individually, DONNY ESCHRICH, individually, KEVIN DELOWE, individually, RICHARD IUELE, individually, RAMESH MEHTA, individually, and NEW YORK STATE THRUWAY AUTHORITY,

                              Defendant.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 12/18/07 at 1:00 p.m.    deponent did serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: KEVIN DELOWE

At Location: Thruway Authority, Route 9, Tarrytown, New York

By delivering to and leaving with Fabio and that deponent knew the person so served to be Fabio and authorized to accept service.

On December 18, 2007, deponent completed service by depositing a copy of the summons, complaint and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| | | |
|---|---|---|
| Sex M | Age 30-40 | Weight 180 |
| Color of Skin WHITE | Height 5'10" | Color of Hair Black |
| Other Features | | |

                                                                       *Robert Fouvy*
                                                                     Robert Fouvy

Sworn to before me this
19th day of December, 2007

*Ann J. Frank*
Notary Public

    ANN B. FRANK
Notary Public, State of New York
      No. 01FR5022348
  Qualified in Westchester County
Commission Expires January 10, 20__

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07Civ. 11247

JULIA BASILE,

                Plaintiff,

v.

WALTER SPAGNOLA, individually, DONNY ESCHRICH, individually, KEVIN DELOWE, individually, RICHARD IUELE, individually, RAMESH MEHTA, individually, and NEW YORK STATE THRUWAY AUTHORITY,

                Defendant.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York On 12/18/07 at 1:00 p.m.  deponent did serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: RICHARD IUELE

At Location: Thruway Authority, 4 Executive Boulevard, Suffern, New York

    By delivering to and leaving with Karen Parchment and that deponent knew the person so served to be Karen Parchment and authorized to accept service.

On December 18, 2007, deponent completed service by depositing a copy of the summons, complaint and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

    A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
    Sex F        Age 30-40        Weight 150
    Color of Skin WHITE   Height 5'7"     Color of Hair Black
    Other Features wearing glasses

                                        Robert Fouvy

Sworn to before me this
19th day of December, 2007

_____
Notary Public

    ANN B. FRANK
Notary Public, State of New York
    No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20/_

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
STATE OF NEW YORK

DOCUMENTS SERVED WITH INDEX #: 07Civ. 11247

JULIA BASILE,

                              Plaintiff,

v.

WALTER SPAGNOLA, individually, DONNY ESCHRICH, individually, KEVIN DELOWE, individually, RICHARD IUELE, individually, RAMESH MEHTA, individually, and NEW YORK STATE THRUWAY AUTHORITY,

                              Defendant.

STATE OF: NEW YORK
COUNTY OF WESTCHESTER ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 12/18/07 at 1:00 p.m.   deponent did serve the within process as follows:

Process Served: Summons, Complaint and Electronic filing rules

Party Served: RAMESH MEHTA

At Location: Thruway Authority, 4 Executive Boulevard, Suffern, New York

   By delivering to and leaving with Karen Parchment and that deponent knew the person so served to be Karen Parchment and authorized to accept service.

On December 18, 2007, deponent completed service by depositing a copy of the summons, complaint and electronic filing rules to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

      A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| | | |
|---|---|---|
| Sex F | Age 30-40 | Weight 150 |
| Color of Skin WHITE | Height 5'7" | Color of Hair Black |
| Other Features wearing glasses | | |

                                                Robert Fouvy

Sworn to before me this
19th day of December, 2007

Notary Public

ANN B. FRANK
Notary Public, State of New York
No. 01FR5022348
Qualified in Westchester County
Commission Expires January 10, 20 10

STATE OF NEW YORK  SOUTHERN DIST. COUNTY  U. S. DISTRICT COURT
DOCUMENTS SERVED WITH INDEX # 07 CIV 11247  AND FILED ON DECEMBER 14, 2007
ATTORNEY(S) Lovett & Gould, Esqs. , Ann Frank, Lgl Asst.

*Julia Basile*  Plaintiff(s)/Petitioner(s)

vs

*Walter Spagnola, indv., Donny Eschrich, ind., Kevin Delowe, etal.,*  Defendant(s)/Respondent(s)

STATE OF NEW YORK: COUNTY OF ALBANY , SS.:

Christopher Warner , being duly sworn deposes and says deponent is not a party herein, is over the age of eighteen years and resides in the State of New York. That on December 27, 0097 at 1:20 pm M at 200 Southern Blvd., Albany, NY deponent (did, did not) serve the within Summons and Complaint & Electronic Filing Rules

on: The New York State Thruway Authority , Defendant (herein called recipient) therein named.

**#1 INDIVIDUAL** [ ] By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

**#2 CORP.** [X] A xxxxxxx corporation, by delivering thereat a true copy of each to Peg Anunziatta personally, deponent knew said corporation so served to be the corporation, described in same as said recipient and knew said individual to be Office Manager - Legal Dept. thereof.

Service was made in the following manner after your deponent was unable, with due diligence, to serve the defendant in person, including an effort to reach the defendant by telephone, (if such telephone number was available) and an attempt to locate the defendant's place of employment.

**#3 SUITABLE AGE PERSON** [ ] By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state

**#4 AFFIXING TO DOOR** [ ] By affixing a true copy of each to the door of said premises, which is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

**#5 MAILING COPY** [ ] On _____ deponent completed service under the last two sections by depositing a copy of the to the above address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

Deponent called at the aforementioned address on the following dates and times:
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____
on the ____ day of ____ at ____

**#6 NON-SERVICE** [ ] After due search, careful inquiry and diligent attempts, I have been unable to effect process upon the person/entity being served because of the following:
[ ] Unknown at Address  [ ] Evading  [ ] Moved left no forwarding  [ ] Address does not exist  [ ] Other

**#7 DESCRIPTION** [X] (use with #1, 2 or 3) A description of the Defendant, or other person served, on behalf of the Defendant is as follows:
Sex Female  Color of skin White  Color of hair Brown  Approx. Age 51 - 65 Yrs.  Approx. Height 5' 4" - 5' 8"  Approx. weight 131 - 160 Lbs.  Other _____

**#8 WIT. FEES** [ ] $ _____ the authorizing traveling expenses and one day's witness fee was paid (tendered) to the recipient.

Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or on active duty in the military service in the State of New York and was informed he/she was not.

Sworn to before me on this
28th day of December, 2007

ROBIN BRANDOW
Notary Public, State of New York
Qualified in Albany County
Reg. No. 01BR6149507
Commission Expires July 10, 2010

Christopher Warner

Invoice-Work Order # 0725878

ALEXANDER, POOLE & CO., INC. • 11 NORTH PEARL STREET • ALBANY, NEW YORK, 12207