UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

JULIA BASILE,

          Plaintiff,

-against-

WALTER SPAGNOLA, individually, DONNY
ESCHRICH, individually, KEVIN DELOWE,
individually, RICHARD JUELE, individually,
smdNew York,

          Defendants.
------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 Civ. 11247 (CLB)

     PLEASE TAKE NOTICE that the law firm of MEDINA, TORREY, SANTANGELO, MAMO and CAMACHO, P.C., does hereby enter its appearance on behalf of the above-named defendant, WALTER SPAGNOLA. Any and all correspondence, documents, notices and filings should be forwarded to The Law Offices of MEDINA, TORREY, SANTANGELO, MAMO and CAMACHO, P.C., 95 Beekman Avenue, Sleepy Hollow, New York 10591.

Dated: Hawthorne, New York
       February 7, 2008

                                      Respectfully submitted,

                                      MEDINA, TORREY, SANTANGELO, MAMO
                                      and CAMACHO, P.C.

                                      By: _____
                                      Michael G. Santangelo - 0543
                                      Attorneys for Defendant-SPAGNOLA
                                      95 Beekman Avenue
                                      Sleepy Hollow, New York 10591

TO:   LOVETT & GOULD, LLP
      Attorneys for Plaintiff
      222 Bloomingdale Road
      White Plains, New York 10605
      (914) 428-8401

      AAG JOSH PEPPER
      State of New York
      Office of the Attorney General
      120 Braodway
      New York, New York 10271

## CERTIFICATE OF SERVICE

I, MICHAEL G. SANTANGELO, hereby certify that on February 7, 2008, I served the within NOTICE OF APPEARANCE, upon the attorneys of record, by mailing a copy thereof, postage prepaid, the address as provided to defendants by notification from this Court as:

TO:   LOVETT & GOULD, LLP
       Attorneys for Plaintiff
       222 Bloomingdale Road
       White Plains, New York 10605
       (914) 428-8401

       AAG JOSH PEPPER
       State of New York
       Office of the Attorney General
       120 Broadway
       New York, New York 10271

_____
MICHAEL G. SANTANGELO-