UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIA BASILE,

                              Plaintiff,

  -against-

WALTER SPAGNOLA, individually,
DONNY ESCHRICH, individually,
KEVIN DLOUGHY, individually,
RICHARD IUELE, individually,
RAMESH MEHTA, individually, and
NEW YORK STATE THRUWAY AUTHORITY,

                              Defendants.

Docket Number 07-Civ.-11247
(CLB) (LMS)

       PLEASE TAKE NOTICE that in the above-captioned action, JOSHUA PEPPER hereby appears as counsel to Defendants DONNY ESCHRICH, KEVIN DLOUGHY, RICHARD IUELE, RAMESH MEHTA, and NEW YORK STATE THRUWAY AUTHORITY.

Dated: New York, New York
         February 11, 2008

                                      Respectfully submitted,

                                      ANDREW M. CUOMO
                                      Attorney General of the State of New York
                                      *Attorney for Plaintiff State of New York*

                     By:    /s/ Joshua Pepper
                            JOSHUA PEPPER
                            Assistant Attorney General
                            120 Broadway, 24th floor
                            New York, NY 10271
                            tel: 1-212-416-8567
                            fax: 1-212-416-6075

JOSHUA PEPPER
Assistant Attorney General
*Of Counsel*